**Order entered July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00846-CV

## IN RE CHELSEA DAVIS, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01240**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ROBERT M. FILLMORE
         JUSTICE